1  JOSE GARZA BADILLO, STATE BAR NO. 213587
2  427 "C" STREET, SUITE 306
   SAN DIEGO, CALIFORNIA 92101
3  TELEPHONE (619)234-2439
   FACSIMILE (619)231-1834
4



5  Attorney for Defendant
6  FIDEL VALLE-OLVERA

7

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,        ) Criminal Case No. 11-CR-02883
                                    )
12         Plaintiff,                ) **SUBSTITUTION OF COUNSEL**
                                    )
13      vs.                          )
                                    )
14 FIDEL VALLE-OLVERA               )
                                    )
15         Defendant                 )
                                    )
16                                   )
                                    )
17

18 TO THE ABOVE-ENTITLED COURT AND TO LAURA DUFFY, UNITED STATES
19 ATTORNEY AND HER ASSISTANT UNITED STATES ATTORNEY:
20 NOTICE IS HEREBY GIVEN that FIDEL VALLE-OLVERA defendant in the above-entitled
21 matter, substitutes JOSE GARZA BADILLO, in place of his former attorney, STACIE
22 PATTERSON, as the defendant's Attorney of Record.

23 Dated: 7-25-11                          *Fidel Valle Olivera*
24                                          FIDEL VALLE-OLVERA
25
26 Dated: 7-25-11
                                            JOSE GARZA BADILLO
27
28 Dated: July 25, 2011    IT IS SO ORDERED.
                           DATED 7-26-11   STACIE PATTERSON

                                    1
                           UNITED STATES DISTRICT JUDGE