```
FILED
FEB 13 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

Attorney for Defendant
FIDEL VALLE-OLIVERA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 11-CR-02883 |
| Plaintiff, | **ORDER** |
| vs. | |
| FIDEL VALLE-OLIVERA | Date: 2/14/2011<br>Time: 9:30 AM |
| Defendant | Dept: 8<br>Hon. Gordon Thompson Jr. |

On February 13, 2012, Defendant FIDEL VALLE-OLIVERA filed a Joint Motion to Continue the Sentencing Date.

The court hereby APPROVES the request and will reschedule the Sentencing to April 27, 2012 or to an earlier date if there is a cancelation.

IT IS SO ORDERED.

DATED: 2-13-12

HON. GORDON THOMPSON JR.
UNITED STATES DISTRICT JUDGE

- 1